# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ZERO TECHNOLOGIES, LLC,<br>Plaintiff,<br><br>v.<br><br>THE CLOROX COMPANY and BRITA, LP,<br>Defendants. | CIVIL ACTION<br><br>NO. 22-3989 |

## O R D E R

**AND NOW**, this 29th day of January, 2024, upon consideration of Defendants The Clorox Company and Brita LP's Motion to Dismiss for Improper Venue, or in the Alternative, to Transfer Venue (ECF No. 19), the responses thereto (ECF Nos. 25–26), the notices supplied by the parties (ECF Nos. 29, 33, 47), the oral argument held before the Court on September 28, 2023, all additional supplemental briefing (ECF Nos. 41, 43, 48), and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED** that Defendants' Motion (ECF No. 19) is **DENIED**.

BY THE COURT:

/s/ Hon. Kelley B. Hodge
_____
HODGE, KELLEY B., J.